# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5294**

**September Term, 2025**

**1:25-cv-00655-RC**

**Filed On:** November 13, 2025

JBG Smith Properties, LP First Residences,

      Appellee

    v.

Jordan Powell,

      Appellant

    v.

United States Small Business Administration,

      Appellee

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Katsas, Walker, and Childs, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing, and the motion to expedite, it is

**ORDERED AND ADJUDGED** that the district court's July 21, 2025 order remanding this case to the District of Columbia Superior Court be affirmed. Appellant has shown no error in the district court's decision to remand this case. See District of Columbia v. Exxon Mobil Corp., 89 F.4th 144, 149 (D.C. Cir. 2023) (explaining that a case may not be removed on the basis of a federal defense). In addition, appellant has not shown that any action he took involved "an effort to assist, or to help carry out, the duties or tasks" of a federal officer or agency. Watson v. Philip Morris Companies, Inc., 551 U.S. 142, 152 (2007) (emphasis omitted); see 28 U.S.C. § 1442. And appellant likewise has not shown that impleading the United States Small Business Administration is necessary to enforce his civil rights in this landlord-tenant action in Superior Court. See 28 U.S.C. § 1443; Johnson v. Mississippi, 421 U.S. 213, 219 (1975). It is

**FURTHER ORDERED** that the motion to expedite be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk